# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

## CIVIL MINUTES – JURY TRIAL
Day 1

**Case No.: 7:20CV134**              **Date: 8/16/2021**

| | |
|---|---|
| **Mountain Valley Pipeline, LLLC**<br>Plaintiff | Counsel: Seth Land and Wade Massie |
| v.<br>**8.37 Acres of Land, Owned by Frank H. Terry, Jr., John Coles Terry, III, and Elizabeth Lee Terry**<br>Defendant | Counsel: Joseph Sherman and William Newman |

PRESENT:   JUDGE:           Elizabeth K. Dillon
           TIME IN COURT:   8:50am – 10:28am, 10:34am – 11:25am, 12:57pm – 2:32pm, 2:49pm – 3:18pm (4 hours 33 min)
           Deputy Clerk:    B. Davis
           Court Reporter:  M. Butenschoen

PROCEEDINGS:

☒   Comments from the Court and Counsel out of the presence of the jury.

   Panel 1:
   14 jurors present and sworn on Voir Dire.
   1 jurors struck for cause.
   3 jurors struck by Plaintiff.
   3 jurors struck by Defendant.
   7 jurors sworn member jury impaneled and sworn.  Remaining jurors discharged.

☒   Preliminary remarks and instructions to jury by Court.
☒   Plaintiff's Motion to Exclude Witnesses from Courtroom granted.
☒   Opening Statements.

☒   Plaintiff's Motion for Mistrial and Motion for Attorney's Fees and Costs.
       ☒   The Court grants the Motion for Mistrial.
       ☒   The Court takes under advisement the Motion for Attorney's Fees and Costs.
☒   Mistrial declared.
       ☒   Mistrial declared        ☒   Jury discharged